UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VANDYKE JOHNSON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ALEXANDRA MARTE PERALTA, : <br> : <br> Defendant : <br> : <br> : | **Civil Action No. 12-03604 (SRC)** <br><br> **ORDER** |

**CHESLER,** District Judge

  This matter having come before the Court on Plaintiff Vandyke Johnson's ("Plaintiff") motion for default judgment (Docket Entry 14); and the Court having moved to dismiss the action *sua sponte* pursuant to 28 U.S.C. § 1915; and the Court having considered the papers filed by the Plaintiff and opted to rule based on the written submissions and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

  **IT IS** on the 27th day of February, 2013,

  **ORDERED** that Plaintiff's Complaint shall be and hereby is **DISMISSED WITHOUT PREJUDICE**.

                /s Stanley R. Chesler
                STANLEY R. CHESLER
                United States District Judge